# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF MINOR CHILDREN:
J.L.

NO.   2025 CW 1195

**NOVEMBER 24, 2025**

---

In Re:   D.L., applying for supervisory writs, 21st Judicial
         District Court, Parish of Livingston, No. 17143.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT